UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MATTICE/CARTER |
| | ) | |
| v. | ) | CASE NO. 4:10-CR-17 |
| | ) | |
| MARK HODGES | ) | |

**O R D E R**

On October 13, 2010, Magistrate Judge William B. Mitchell Carter filed a Report and

Recommendation recommending (a) the Court accept Defendant's plea of guilty to the lesser

included offense in Count One of the Indictment, conspiracy to manufacture, possess with intent

to distribute and distribute five (5) grams of methamphetamine (actual) and fifty (50) grams or

more of a mixture and substance containing a detectible amount of methamphetamine, a

Schedule II controlled substance, in violation of Title 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B),

in exchange for the undertakings made by the government in the written plea agreement; (b) the

Court adjudicate Defendant guilty of the charges set forth in the lesser included offense in Count

One of the Indictment; (c) that a decision on whether to accept the plea agreement be deferred

until sentencing; and (d) Defendant shall remain in custody pending sentencing in this matter

(Doc. 269). Neither party filed an objection within the given fourteen days. After reviewing the

record, the Court agrees with the magistrate judge's report and recommendation. Accordingly,

the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant

to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to the lesser included offense in Count One of the

Indictment, in exchange for the undertakings made by the government in the written plea

agreement, is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in the lesser included offense in Count One of the Indictment;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4) Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **Monday, February 14, 2011, at 2:00 pm**.

**SO ORDERED.**

**ENTER:**

            */s/Harry S. Mattice, Jr.*
            HARRY S. MATTICE, JR.
            UNITED STATES DISTRICT JUDGE